**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STANLEY MICHAEL CHRISTMAS,

          CASE NO. 04-70054
   Plaintiff,          HON. LAWRENCE P. ZATKOFF

v.

CHILDREN'S HOSPITAL, JEAN OUTLER,
SHARON TOURVILLE, ROSEANNE
PLASKY AND CHARLIE DICKSON,

   Defendants.

_____/

**OPINION AND ORDER**

**I. INTRODUCTION**

On July 5, 2005, Defendants filed a Stipulated Motion to Dismiss. The Court finds that the facts and legal arguments are adequately presented in the parties' papers and the decision process would not be significantly aided by oral argument. Therefore, pursuant to E.D. MICH. LR 7.1(e)(2), it is hereby ORDERED that the motion be resolved on the briefs submitted. For the reasons set forth below, Defendant's Stipulated Motion to Dismiss is DENIED.

**II. DISCUSSION**

On March 22, 2005, this Court entered a judgment dismissing Plaintiff's case with prejudice. On June 8, 2005, this Court entered an order denying Plaintiff's motion for reconsideration. As the time for appeal has long passed, the entering of a stipulated motion for dismissal would be superfluous. In addition, Plaintiff's signature does not appear on the stipulated motion to dismiss.

## IV.  CONCLUSION

For the above reasons,  Defendants' Stipulated Motion to Dismiss is DENIED.

IT IS SO ORDERED.


                                                 s/Lawrence P. Zatkoff
                                                 LAWRENCE P. ZATKOFF
                                                 UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 17, 2006.


                                               s/Marie E. Verlinde
                                               Case Manager
                                               (810) 984-3290